UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUBWAY DEVELOPMENTS 2000, INC.,

                    Petitioner,

-against-

SUBWAY FRANCHISE SYSTEMS OF CANADA, ULC,

                    Respondent.

24-CV-6065 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

On August 9, 2024, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support the petition to confirm by **September 4, 2024**. Respondent's opposition, if any, is due on **October 2, 2024**. Petitioner's reply, if any, is due **October 11, 2024**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **August 30, 2024**, and shall file an affidavit of such service with the court no later than **September 2, 2024.**

    SO ORDERED.

Dated: August 15, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge