# Hogan Lovells

Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, FL  33131
T  +1 305 459 6500
F  +1 305 459 6550
www.hoganlovells.com

**GRANTED.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 17, 2024

October 17, 2024

**Via ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re.:**    *Subway Developments 2000 Inc. v. Subway Franchise Systems of Canada, ULC*,
            Case No. 24-cv-6065 (AS)

Dear Judge Subramanian:

We represent Petitioner Subway Developments 2000 Inc. ("Developments") in the above-captioned case and submit this letter-motion to request an extension of the deadline for Developments to file a Response in Opposition to Respondent Subway Franchise Systems of Canada, ULC's ("Subway") Motion to Dismiss Development's Petition to Confirm, and Reply in Support of Development's Petition to Confirm.

On August 15, 2024, the Court entered an Order stating that Subway's response to Developments' Petition to Confirm was due on October 2, 2024 and Developments' reply was due on October 11, 2024. (ECF No. 9).  Subway then requested an extension of time to file its response (ECF No.19) which the Court granted, extending the deadline for Subway's response to Developments' Petition to Confirm to October 14, and Developments' Reply to October 25. (ECF No. 20).

On October 14 and 15, Subway filed a Motion to Dismiss Developments' Petition to Confirm. (ECF No. 21-23). The current deadline for Developments to file a reply remains October 25, 2024. However, in light of Subway's submission of a Motion to Dismiss, the parties conferred and agreed to apply Local Rule 6.1(b), providing Developments with 14 days to file an opposition to the motion and Subway seven days to file a reply in support.

We therefore respectfully request that the Court enter an Order granting Developments an extension to October 29, 2024—14 days after October 15—to file its combined Opposition to Subway's Motion to Dismiss and Reply in Support of the Petition to Confirm. Subway would then have seven days—until November 5, 2024—to submit its Reply to Development's Opposition to the Motion to Dismiss. As noted, the parties have conferred and Subway agrees with the proposed new deadlines.

Respectfully yours,


/s/ Daniel. E. González


Daniel E. González
daniel.gonzalez@hoganlovells.com
305.459.6649

cc:    Counsel of record (by ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Moscow   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Warsaw   Washington, D.C.   Associated Offices: Budapest   Jakarta   Riyadh   Shanghai FTZ   Ulaanbaatar   Zagreb.   Business Service Centers:  Johannesburg   Louisville.   Legal Services Center:  Berlin.   For more information see www.hoganlovells.com